DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>TEDDY FORTUNA SORIA<br><br>NANCY SINGZON SORIA<br><br>Debtors | Chapter 13<br>Case No. 12-56922 SLJ<br><br>**NOTICE OF UNCLAIMED DIVIDEND**<br>Claimant:<br>MARY V GUBATINA<br>Court Claim No. |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $1,298.88. The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

Mary V Gubatina
Law Offices Of Mary V Gubatina
2600 Central Ave #C
Union City, CA 94587

/s/ Devin Derham-Burk

Dated: March 17, 2017

DEVIN DERHAM-BURK, Trustee